Cite as 2014 Ark. 401



# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE COMMITTEE ON CIVIL PRACTICE | **Opinion Delivered** September 25, 2014 |

## PER CURIAM

David H. Williams, Esq., of Little Rock, is appointed to the Civil Practice Committee to fill the unexpired term of Brad Hendricks, Esq., of Little Rock, who has resigned from the committee. This term expires on July 31, 2017. We thank Mr. Hendricks for his service and Mr. Williams for agreeing to serve on this important committee.